STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743
TELEPHONE:(415) 272-8210

Attorneys for Plaintiff
ROTHSCHILD PATENT IMAGING LLC, a Texas limited liability corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,**<br><br>Plaintiff,<br>v.<br><br>**GNOME FOUNDATION,**<br><br>Defendant. | PATENT<br><br>Case No. _____<br><br>**PLAINTIFF ROTHSCHILD PATENT IMAGING LLC 'S F.R.C.P. 7.1 DISCLOSURE STATEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF ROTHSCHILD PATENT IMAGING LLC.'S**
**F.R.C.P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Rothschild Patent Imaging LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

|   |   |
|---|---|
|   | Respectfully submitted, |
| August 28, 2019 | /s/*Steven A. Nielsen*<br>Steven A. Nielsen |
| Jay Johnson<br>(Application for Admission Pro Hac Vice to be filed)<br>Kizzia Johnson PLLC<br>1910 Pacific Ave.<br>Suite 13000 | 100 Larkspur Landing Circle, Suite 216<br>Larkspur, CA  94939<br>PHONE 415 272 8210<br>E-MAIL: Steve@NielsenPatents.com<br><br>Attorneys for Plaintiff Rothschild Patent |

- 1 -
**PLAINTIFF ROTHSCHILD PATENT IMAGING LLC'S**
**F.R.C.P. 7.1 DISCLOSURE STATEMENT**

| | |
|---|---|
| Dallas, TX 75201 | Imaging LLC |
| (214) 451-0164 | |
| jay@kjpllc.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/*Steven A Nielsen*
Steven A. Nielsen

- 2 -

**PLAINTIFF ROTHSCHILD PATENT IMAGING LLC'S**
**F.R.C.P. 7.1 DISCLOSURE STATEMENT**