| | |
|---|---|
| 1 | Steven A. Nielsen (Calif. Bar No. 133864) |
| 2 | steve@nielsenpatents.com |
| | 100 Larkspur Landing Circle, Suite 216 |
| 3 | Larkspur, CA 94939-1743 |
| 4 | Telephone: (415) 272-8210 |
| 5 | Jay Johnson(*pro hac vice motion to be filed*) |
| | jay@kjpllc.com |
| 6 | Kizzia Johnson PLLC |
| 7 | 1910 Pacific Ave. |
| | Dallas, TX 75201 |
| 8 | Telephone:  (214) 451-0164 |
| 9 | Counsel for Plaintiff |
| | Rothschild Patent Imaging LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | PATENT |
| Plaintiff, | Case No. 3:19-cv-05414- LB |
| v. | **NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT** |
| **Gnome Foundation** | |
| Defendant. | |

Pursuant to Patent Local Rule 2-1(a) Plaintiff Rothschild Patent Imaging LLC ("RPI") gives notice that this action is related to another filed action pending in this District involving the same patent-in-suit filed within two years of this case: *Rothschild Patent Imaging LLC v. Cyberlink.com Corp.* Case No. 3:19-cv-05438  (N.D. CA) (filed August 29, 2019) .

Dated:  August 29, 2019           Respectfully submitted,

*/s/ Steven A. Nielsen*
Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

1
NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT

1
2
3    Jay Johnson  (Application for admission *pro hac vice* to be filed)
4    jay@kjpllc.com
     Kizzia Johnson PLLC
5    1910 Pacific Ave.
     Suite 13000
6    Dallas, TX 75201
7    Telephone:  (214) 451-0164
8    ***Attorneys for Plaintiff***
     ***Rothschild Patent Imaging LLC***
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 29, 2019, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

                                                    */ s/ Steven A. Nielsen*
                                                    Steven A. Nielsen