Matthew G. Berkowitz (Bar No. 310426)
Yue (Joy) Wang (Bar No. 300594)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@shearman.com
        joy.wang@shearman.com

*Attorneys for Defendant GNOME Foundation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC,<br><br>Plaintiff,<br><br>v.<br><br>GNOME FOUNDATION,<br><br>Defendant. | Case No. 3:19-cv-05414-HSG<br><br>**STIPULATION TO EXTEND DEFENDANT GNOME FOUNDATION'S TIME TO RESPOND TO INITIAL COMPLAINT (CIV. L.R. 6-1(a))**<br><br>Action Filed:           August 28, 2019<br>Current Response Date:   September 20, 2019<br>New Response Date:       October 21, 2019 |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-1(a) by and between plaintiff Rothschild Patent Imaging LLC ("Plaintiff") and defendant GNOME Foundation ("Defendant"), through their undersigned counsel, that Defendant may have a thirty-day extension of time, up to and including October 21, 2019, to timely file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action.  No prior extension has been required by Defendant.

Dated:        September 18, 2019        Respectfully submitted,

SHEARMAN & STERLING LLP

By:    /s/ Matthew G. Berkowitz

Matthew G. Berkowitz

*Attorney for Defendant, GNOME Foundation*

Dated:        September 18, 2019        Respectfully submitted,

By:    /s/ Steven A. Nielsen

Steven A. Nielsen
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
Telephone: 415.272.8210
Email: Steve@NielsenPatents.com

Attorney *for Plaintiff, Rothschild Patent Imaging LLC*

### ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 18, 2019          By:   */s/ Matthew G. Berkowitz*

Matthew G. Berkowitz

*Attorney for Defendant, GNOME Foundation*