1  Matthew G. Berkowitz (Bar No. 310426)
2  Yue (Joy) Wang (Bar No. 300594)
   SHEARMAN & STERLING LLP
3  1460 El Camino Real, 2nd Floor
   Menlo Park, CA 94025
4  Telephone: 650.838.3600
   Fax: 650.838.3699
5  Email: matthew.berkowitz@shearman.com
          joy.wang@shearman.com
6

7  *Attorneys for Defendant GNOME Foundation*

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION
10

11 | ROTHSCHILD PATENT IMAGING LLC, | Case No. 3:19-cv-05414-HSG |
   |---|---|
12 | Plaintiff, | **DEFENDANT GNOME FOUNDATION'S L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
13 | v. | |
14 | GNOME FOUNDATION, | |
15 | Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant GNOME Foundation further states that it has no parent corporation and that no publicly-held corporation owns 10% or more of GNOME Foundation's stock because it issues no stock as a corporation organized and operated exclusively for charitable purposes within the meaning of Section 501(c)(3) of the United States Internal Revenue Code.

Dated: September 18, 2019

Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/ Matthew G. Berkowitz*

Matthew G. Berkowitz

*Attorney for Defendant, GNOME Foundation*