STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743
TELEPHONE:(415) 272-8210

Attorneys for Plaintiff
ROTHSCHILD PATENT IMAGING LLC, a Texas limited liability corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC**<br><br>Plaintiff,<br><br>v.<br><br>**GNOME FOUNDATION,**<br><br>Defendant. | PATENT<br><br>Case No. 4:19-cv-5414 HSG<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

Pursuant to Civil Local Rule 6-1(a), Rothschild Patent Imaging LLC ("Plaintiff") and Gnome Foundation ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendant filed its Motion to Dismiss on October 21, 2019;

WHEREAS, Plaintiff currently has until November 4, 2019, to answer or respond to Defendant's Motion To Dismiss;

WHEREAS, Plaintiff has requested additional 30 days to respond to the Defendant's Motion to Dismiss due to Plaintiff Counsel's unexpected medical emergency  Plaintiff's counsel has undergone two surgeries in the past two weeks and will have an additional surgery next week;

WHEREAS, Defendant has agreed to an additional 30 days for Plaintiff to file a response to Defendant's Motion To Dismiss up to and including December 4, 2019;

WHEREAS, Defendant's Reply Date would be December 18, 2019;

WHEREAS, the Hearing Date for the Motion To Dismiss would remain the same, February 27, 2020;

WHEREAS, a 30-day extension for Plaintiff to file its response to Defendant's Motion To Dismiss will not alter the date of any event or deadline already fixed by Court Order;

WHEREAS, Counsel for Defendant has consented to this extension

WHEREAS, Counsel for Defendant has consented to the filing of this stipulation

NOW, THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss be extended by 30 days, up to and including December 4, 2019.

Dated:  November 1, 2019

Respectfully Submitted
/s/ Steven A. Nielsen
Steven A. Nielsen
100 Larkspur Landing Circle, Suite 216
Larkspur, CA  94939
PHONE 415 272 8210
E-MAIL: Steve@NielsenPatents.com

Jay Johnson (TX SBN 24067322)
(Application for Pro Hac Vice Filed)
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
jay@kjpllc.com

***Attorneys for Plaintiff Rothschild Patent Imaging, LLC***

By: */s/* Matthew G. Berkowitz

Matthew G. Berkowitz (Bar No. 310426))
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600

2

Fax: 650.838.3699
Email: matthew.berkowitz@shearman.com
*Attorney for Defendant*
*Gnome Foundation*

### **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  Nov. 1, 2019               By:    /s/ Steven A. Nielsen
                                                    Steven A. Nielsen