# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | PATENT |
| Plaintiff, | Case No. 4:19-cv-5414-HSG |
| v. | **ORDER** |
| **GNOME FOUNDATION,** | |
| Defendant. | |

On this date, the Court considered the parties' Stipulation to Extend Time to File A Response to the pending Motion to Dismiss..

Having considered the stipulation, the Court finds that it should be, and is hereby, GRANTED

Therefore, IT IS ORDERED that Plaintiff's time to respond to Defendant's Motion To Dismiss is hereby extended 30 days up to and including December 4, 2019. Defendant's Reply Date is December 18, 2019. The hearing date for this motion remains February 27, 2020.

//

SO ORDERED.

Dated: 11/4/2019

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT
COURT JUDGE