STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743
TELEPHONE:(415) 272-8210

Attorneys for Plaintiff
ROTHSCHILD PATENT IMAGING LLC, a Texas limited liability corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,**<br><br>                     Plaintiff,<br><br>     v.<br><br>**GNOME FOUNDATION,**<br><br>                     Defendant. | PATENT<br><br>Case No. 4:19-cv-05414-HSG<br><br>**RESPONSE TO COUNTERLCAIMS**<br><br>Judge: Hon. Haywood S. Gilliam Jr. |

Plaintiff Rothschild Patent Imaging LLC ("RPI") respectfully submits this Answer to the counterclaims asserted by Gnome Foundation ("Gnome").

## GNOME FOUNDATION'S COUNTERLCLAIMS

## THE PARTIES

23.    Plaintiff is without sufficient knowledge to form a belief as to the allegations set forth in paragraph 23 and, therefore denies the same.

24.    Plaintiff admits that the address for RPI is 1801 NE 123 St., Suite 314, Miami, FL 33181.  Plaintiff denies any remaining allegations in paragraph 24.

## JURISDICTION AND VENUE

25.    Admitted.

26.    Admitted.

- 1 -
**RESPONSE IN OPPOSITION TO COUNTERCLAIMS**

27. Admitted.

## FIRST COUNTERCLAIM

## NON-INFRINGEMENT OF UNITED STATES PATENT NO. 9,936,086

28. RPI incorporates its answers to paragraphs 23-27 herein

29. Admitted.

30. Denied.

31. Plaintiff admits that a justiciable controversy has arisen and exists between Plaintiff and Defendant. Plaintiff admits that Defendant seeks a declaratory judgment that the claims of the '086 Patent are not infringed by Defendant. Plaintiff denies any remaining allegations in paragraph 31.

32. Denied.

33. Denied.

## SECOND COUNTERCLAIM

## INVALIDITY OF U.S. PATENT 9,936,086

34. RPI incorporates its answers to paragraphs 23-33 herein

35. Admitted.

36. Denied.

37. Plaintiff admits that an actual justiciable controversy has arisen and now exists between Plaintiff and Defendant. Plaintiff admits that Defendant seeks a declaratory judgment as to the validity of the '086 Patent. Plaintiff denies any remaining allegations in paragraph 37.

38. Denied.

39. Denied.

## PRAYER FOR RELIEF

To the extent that any response is required to the Prayer for Relief, Rothschild Patent Imaging LLC denies that Defendant is entitled to judgment or any of the relief it has requested.

Dated: November 7, 2019

Respectfully Submitted
/s/ Steven A. Nielsen
Steven A. Nielsen
100 Larkspur Landing Circle, Suite 216
Larkspur, CA  94939
PHONE 415 272 8210
E-MAIL: Steve@NielsenPatents.com

Jay Johnson (TX SBN 24067322)
(Application for Pro Hac Vice Filed)
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
jay@kjpllc.com

*Attorneys for Plaintiff Rothschild Patent Imaging LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ Steven A. Nielsen
Steven A. Nielsen

- 3 -

**RESPONSE IN OPPOSITION TO COUNTERCLAIMS**