Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rothschild Patent Imaging LLC )
)  Case No: 4:19-CV-05414-
          Plaintiff(s), )
)  **APPLICATION FOR**
  v. )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
Gnome Foundation )  (CIVIL LOCAL RULE 11-3)
)
          Defendant(s). )

I, Jay Johnson, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Rothschild Patent Imaging LLC in the above-entitled action. My local co-counsel in this case is Steven Nielsen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1910 Pacific Ave., Suite 13000<br>Dallas, TX 75201 | 100 Larkspur Landing Circle, Suite 216<br>Larkspur, CA 94939 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 451-0164 | (415) 461-2700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jay@kjpllc.com | steve@nielsenpatents.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24067322.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 27, 2019                    /s/ Jay Johnson
                                              APPLICANT

=======================================================================

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jay Johnson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE