# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

**ROTHSCHILD PATENT IMAGING LLC,**

    Plaintiff,

v.

**GNOME FOUNDATION,**

    Defendant.

Case No. 4:19-cv-05414-HSG

**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT DECEMBER 10, 2019 INITIAL CASE MANAGEMENT CONFERENCE**

Having considered the request of counsel for Plaintiff Rothschild Patent Imaging LLC ("Plaintiff") to appear telephonically at the Initial Case Management Conference currently set for December 10, 2019 at 2:00 p.m. of the above-captioned Court, and for good cause appearing, Plaintiff's request is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: 12/3/2019

*/s/ Haywood S. Gilliam Jr.*
Haywood S. Gilliam Jr.
United States District Court Judge

- 1 -

**ORDER**