Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

Jay Johnson (*Pro Hac Application Pending*)
jay@kjpllc.com
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
Telephone: (214) 451-0164

Counsel for Plaintiff
Rothschild Patent Imaging LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GNOME FOUNDATION,**<br><br>Defendant. | Case No. 4:19-cv-05414-HSG<br><br>**PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

Plaintiff Rothschild Patent Imaging LLC ("RPI") hereby respectfully requests that the Court remove Plaintiff's First Amended Complaint (Dkt. 31) and Plaintiff's Response to Motion To Dismiss (Dkt. 32). These two documents were inadvertently filed.

Based on the foregoing, Plaintiff respectfully requests that the Court issue an Order to remove the incorrectly filed documents.

- 1 -
**MOTION TO REMOVE DOCUMENT**

| | |
|---|---|
| Dated: December 4, 2019 | By: /s/ Steven Nielsen<br>Steven A. Nielsen (Calif. Bar No. 133864)<br>steve@nielsenpatents.com<br>100 Larkspur Landing Circle, Suite 216<br>Larkspur, CA 94939-1743<br>Telephone: (415) 272-8210<br><br>Jay Johnson (TX SBN 24067322)<br>*(Pro Hac Vice Pending)*<br>Kizzia Johnson PLLC<br>1910 Pacific Ave.<br>Suite 13000<br>Dallas, TX 75201<br>(214) 451-0164<br>jay@kjpllc.com<br><br>*Attorneys for Plaintiff Coding Technologies, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/*Steven A. Nielsen*
Steven A. Nielsen

- 2 -

**MOTION TO REMOVE DOCUMENT**