# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

**ROTHSCHILD PATENT IMAGING LLC,**

Plaintiff,

v.

**GNOME FOUNDATION,**

Defendant.

Case No. 4:19-cv-05414-HSG

**ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Having considered the request Plaintiff to remove the incorrectly filed documents, Plaintiff's First Amended Complaint and Plaintiff's Response to Defendant's Motion To Dismiss. (Dkt. No. 31 & 32), Plaintiff's request is hereby GRANTED.

Plaintiff's First Amended Complaint (Dkt. 31) and Plaintiff's Response to Defendant's Motion To Dismiss (Dkt. 32) are to be removed from the docket.

The Clerk is directed to remove docket nos. 31 and 32 from the Court's docket.

SO ORDERED

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT
JUDGE

**ORDER**