1  Steven A. Nielsen (Calif. Bar No. 133864)
2  steve@nielsenpatents.com
   100 Larkspur Landing Circle, Suite 216
3  Larkspur, CA 94939-1743
   Telephone: (415) 272-8210
4
5  Jay Johnson (*Admitted Pro Hac Vice*)
   jay@kjpllc.com
6  Kizzia Johnson PLLC
   1910 Pacific Ave.
7  Suite 13000
   Dallas, TX 75201
8  Telephone: (214) 451-0164

9  *Attorneys for Plaintiff, Rothschild Patent*
10 *Imaging LLC*

11 Matthew G. Berkowitz (Bar No. 310426)
   SHEARMAN & STERLING LLP
12 1460 El Camino Real, 2nd Floor
   Menlo Park, CA 94025
13 Telephone: 650.838.3600
   Fax: 650.838.3699
14 Email: matthew.berkowitz@shearman.com

15
   *Attorneys for Defendant and Counter-Plaintiff,*
16 *GNOME Foundation*

17
   *Additional Counsel Listed on Signature Page*
18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, | Case No. 4:19-cv-05414-HSG |
| Plaintiff, | **JOINT STIPULATED SCHEDULING ORDER AND [PROPOSED] ORDER** |
| v. | |
| GNOME FOUNDATION, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GNOME FOUNDATION,

        Counter-Plaintiff,

   v.

ROTHSCHILD PATENT IMAGING LLC,

        Counter-Defendant.

Plaintiff and Counter-Defendant Rothschild Patent Imaging LLC ("RPI") and Defendant and Counter-Plaintiff GNOME Foundation ("GNOME") submit this Joint Stipulated Scheduling Order pursuant to Judge Haywood S. Gilliam, Jr.'s direction (D.I. 38).

**I.   SCHEDULING**

The parties propose the following case schedule.

| Event | Original Proposed Date | Revised Proposed Date |
|---|---|---|
| Plaintiff to Serve Patent Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 | Jan. 6, 2020 | |
| Last Day to File Motions to Add New Parties or Amend Pleadings | Feb. 4, 2020 | |
| Defendants to Serve Patent Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 | Feb. 20, 2020 | |
| Exchange of Proposed Terms for Construction pursuant to Patent L.R. 4-1 | Mar. 5, 2020 | |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2 | Mar. 26, 2020 | |
| Plaintiff to Serve Damages Contentions pursuant to Patent L.R. 3.8 | Apr. 10, 2020 | |
| Joint Claim Construction and Prehearing Statement due pursuant to Patent L.R. 4-3 | Apr. 20, 2020 | |
| Defendants to serve Responsive Damages Contentions pursuant to Patent L.R. 3-9 | May 11, 2020 | |
| Date to Complete Claim Construction Discovery pursuant to Patent L.R. 4-4 | May 20, 2020 | |
| Plaintiff's Opening Claim Construction Brief due pursuant to Patent L.R. 4-5(a) | Jun. 4, 2020 | |
| Defendants' Responsive Claim Construction Brief due pursuant to Patent L.R. 4-5(b) | Jun. 18, 2020 | |
| Plaintiff's Reply Claim Construction Brief due pursuant to Patent L.R. 4-5(c) | Jun. 25, 2020 | |

| **Event** | **Original Proposed Date** | **Revised Proposed Date** |
|---|---|---|
| Tutorial | | August 14, 2020<br><br>(Plaintiff's counsel will be returning from vacation on August 7, 2020 and this is the first available Friday) |
| Markman Hearing | At the convenience of the Court | August 21, 2020 |

Dated:        December 12, 2019          Respectfully submitted,

SHEARMAN & STERLING LLP

By:    */s/Yue (Joy) Wang*
         Matthew G. Berkowitz (Bar No. 310426)
         Yue (Joy) Wang (Bar No. 300594)
         SHEARMAN & STERLING LLP
         1460 El Camino Real, 2nd Floor
         Menlo Park, CA 94025
         Telephone: 650.838.3600
         Fax: 650.838.3699
         Email: matthew.berkowitz@shearman.com
                    joy.wang@shearman.com

         L. Kieran Kieckhefer (Bar No. 251978)
         SHEARMAN & STERLING LLP
         535 Mission Street, 25th Floor
         San Francisco, CA 94105
         Telephone: 415.616.1100
         Fax: 415.616.1339
         Email: kieran.kieckhefer@shearman.com

         *Attorneys for Defendant and Counter-Plaintiff, GNOME Foundation*

JOINT STIPULATED SCHEDULING ORDER                              CASE NO. 4:19-cv-05414-HSG

4

| | | |
|---|---|---|
| Dated: December 12, 2019 | Respectfully submitted, | |
| | By: | */s/Jay Johsnon* |
| | | Steven A. Nielsen (Calif. Bar No. 133864) |
| | | steve@nielsenpatents.com |
| | | 100 Larkspur Landing Circle, Suite 216 |
| | | Larkspur, CA 94939-1743 |
| | | Telephone: (415) 272-8210 |
| | | |
| | | Jay Johnson (*Admitted Pro Hac Vice*) |
| | | jay@kjpllc.com |
| | | Kizzia Johnson PLLC |
| | | 1910 Pacific Ave. |
| | | Suite 13000 |
| | | Dallas, TX 75201 |
| | | Telephone: (214) 451-0164 |
| | | |
| | | *Attorneys for Plaintiff, Rothschild Patent Imaging LLC* |

### ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: December 12, 2019 | By: | */s/Jay Johnson* |
| | | Jay Johnson |

**SCHEDULING ORDER**

The above Joint Stipulated Scheduling Order and [Proposed] Order is approved as the Scheduling Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   By: _____

UNITED STATES DISTRICT JUDGE