UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROTHSCHILD PATENT IMAGING LLC,

Plaintiff,

v.

GNOME FOUNDATION,

Defendant.

Case No. 19-cv-05414-HSG

**SCHEDULING ORDER**

Re: Dkt. Nos. 30, 39

A case management conference was held on December 10, 2019. Having considered the parties' written and oral statements, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1 & 3-2) | January 6, 2020 |
| Deadline to Amend Pleadings and Join Other Parties | February 4, 2020 |
| Preliminary Invalidity Contentions (Patent L.R. 3-3 & 3-4) | February 20, 2020 |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1) | March 5, 2020 |
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | March 26, 2020 |
| Preliminary Damages Contentions (Patent L.R. 3-8) | April 10, 2020 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | April 20, 2020 |

| | |
|---|---|
| Responsive Damages Contentions (Patent L.R. 3-9) | May 11, 2020 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | May 20, 2020 |
| Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a)) | June 4, 2020 |
| Defendant's Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | June 18, 2020 |
| Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5(c)) | June 25, 2020 |
| Technical Tutorial (Patent L.R. 4-6; Standing Order for Patent Cases) | August 14, 2020, 10:00 a.m. |
| Claim Construction Hearing (Patent L.R. 4-6; Standing Order for Patent Cases) | August 21, 2020, 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The Court will schedule a case management conference to discuss the calendar for the remainder of the case in its claim construction order. The parties are directed to review and comply with this Court's Standing Orders. This terminates Dkt. No. 39.

**IT IS SO ORDERED.**

Dated: 1/6/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge