# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

**ROTHSCHILD PATENT IMAGING LLC,**

Plaintiff,

v.

**GNOME FOUNDATION,**

Defendant.

Case No. 4:19-cv-05414-HSG

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

Having considered the parties' request to stay all Deadlines, the parties' request is hereby GRANTED.

All deadlines are hereby stayed for 30 days.

SO ORDERED

DATED: 3/4/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

- 1 -

**ORDER**