Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

Jay Johnson (*Admitted Pro Hac Vice)*
jay@kjpllc.com
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
Telephone: (214) 451-0164

Counsel for Plaintiff
Rothschild Patent Imaging LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,**<br>Plaintiff,<br>v.<br>**GNOME FOUNDATION,**<br>Defendant. | Case No. 4:19-cv-05414-HSG<br>**JOINT MOTION TO EXTEND STAY OF ALL DEADLINES** |

Plaintiff Rothschild Patent Imaging LLC and Gnome Foundation hereby request the court extend the stay of all current deadlines until May 13, 2020. The parties have reached an agreement in principle and are requesting the additional time to formalize the agreement in principle with a written agreement. The current situation revolving around the coronavirus has slowed down the current efforts to reach an agreement and therefore the parties need additional time to reach and finalize an agreement. Accordingly, the parties file this joint motion to extend the stay of all pending deadlines until and including May 13, 2020. This stay is not sought for the purpose of delay but so that justice may be served.

Dated: May 4, 2020

By: /s/Steven A. Nielsen

Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

OF COUNSEL:

Jay Johnson (TX SBN 24067322)
*(Pro Hac Vice Pending)*
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
jay@kjpllc.com

*Attorneys for Plaintiff Coding Technologies, LLC*

and

*By:/s/ Matthew G. Berkowitz*

Laura Kieran Kieckhefer
Shearman & Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
415-616-1100
Fax: 415-616-1199
Email: Kieran.Kieckhefer@shearman.com

Matthew G Berkowitz
Shearman Sterling LLP
1460 El Camino Real
2nd Floor
Menlo Park, CA 94025
650-838-3737
Email: matt.berkowitz@shearman.com

Yue Wang
Shearman & Sterling LLP
1460 El Camino Real, Second Floor
Menlo Park, CA 94025
650.838.3623
Fax: 650.838.3699
Email: Joy.Wang@Shearman.com
*Attorneys for Defendant Gnome Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/Steven A. Nielsen*
Steven A. Nielsen