**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**GNOME FOUNDATION,**<br><br>Defendant. | Case No. 4:19-cv-05414-HSG<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND STAY OF ALL DEADLINES** |

Having considered the parties' request to extend the Stay of all Deadlines, the parties' request is hereby GRANTED.

All deadlines are hereby stayed up to and including May 13, 2020.

SO ORDERED

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

- 1 -

**PROPOSED ORDER**