Steven A. Nielsen (Calif. Bar No. 133864)
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
Telephone: 415.272.8210
Email: Steve@NielsenPatents.com

*Attorneys for Plaintiff, Rothschild Patent Imaging LLC*

Matthew G. Berkowitz (Bar No. 310426)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@shearman.com

*Attorneys for Defendant and Counter-Plaintiff, GNOME Foundation*

*Additional Counsel Listed on Signature Page.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, <br><br> Plaintiff, <br><br> v. <br><br> GNOME FOUNDATION, <br><br> Defendant. | Case No. 4:19-cv-05414-HSG <br><br> **STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE** |
| GNOME FOUNDATION, <br><br> Counter-Plaintiff, <br><br> v. <br><br> ROTHSCHILD PATENT IMAGING LLC, <br><br> Counter-Defendant. | |

Plaintiff and Counter-Defendant Rothschild Patent Imaging, LLC ("Plaintiff") and Defendant and Counter-Plaintiff the GNOME Foundation ("Defendant") (collectively "the Parties") have settled all claims and counterclaims in this action, including that each side bear its own costs and fees. Plaintiff's claims against Defendant hereby are voluntarily dismissed in their entirety with prejudice and Defendant's counterclaims against Plaintiff hereby are voluntarily dismissed in their entirety with prejudice.

Dated: May 22, 2020                    RESPECTFULLY SUBMITTED,

                                                  By:   */s/ Steven A. Nielsen*

Steven A. Nielsen (Calif. Bar No. 133864)
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
Telephone: 415.272.8210
Email: Steve@NielsenPatents.com

Jay Johnson (*Admitted Pro Hac Vice*)
jay@kjpllc.com
Kizzia Johnson PLLC
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
Telephone: (214) 451-0164

*Attorneys for Plaintiff, Rothschild Patent Imaging LLC*

Dated: May 22, 2020

Respectfully submitted,

SHEARMAN & STERLING LLP

By: */s/ Matt Berkowitz*
Matthew G. Berkowitz (Bar No. 310426)
Yue (Joy) Wang (Bar No. 300594)
SHEARMAN & STERLING LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: 650.838.3600
Fax: 650.838.3699
Email: matthew.berkowitz@shearman.com
joy.wang@shearman.com

L. Kieran Kieckhefer (Bar No. 251978)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.616.1100
Fax: 415.616.1339
Email: kieran.kieckhefer@shearman.com
*Attorneys for Defendant and Counter-Plaintiff, GNOME Foundation*

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 22, 2020              By:      */s/Steven Nielsen*

                                                   Steven Nielsen