1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, | Case No. 4:19-cv-05414-HSG |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DISMISSAL WITH PREJUDICE |
| v. | |
| GNOME FOUNDATION, | |
| Defendant. | |
| GNOME FOUNDATION, | |
| Counter-Plaintiff, | |
| v. | |
| ROTHSCHILD PATENT IMAGING LLC, | |
| Counter-Defendant. | |

Now before the Court for consideration is the Stipulation for Entry of Dismissal with Prejudice (the "Stipulation") jointly filed by Plaintiff and Counter-Defendant Rothschild Patent Imaging, LLC ("Plaintiff") and Defendant and Counter-Plaintiff the GNOME Foundation ("Defendant") (collectively "the Parties").  Having considered the Stipulation, the pleadings on file in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing: `

The Court HEREBY DISMISSES this action WITH PREJUDICE, with each side to bear its own costs and fees.

IT IS SO ORDERED.

Dated: 5/26/2020

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge